**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AMERICAN NATIONAL GENERAL** | : | |
| **INSURANCE COMPANY, a Missouri** | | |
| **Corporation,** | : | |
| | | |
| **Plaintiff,** | : | |
| | | |
| **vs.** | : | **CA 09-0172-CG-C** |
| | | |
| **JONATHAN BRIAN CHILDERS, et al.,** | : | |
| | | |
| **Defendants.** | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to plaintiff's motion for default judgment (Doc. 24), and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 2nd day of October, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**