**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **AMERICAN NATIONAL GENERAL INSURANCE COMPANY, a Missouri Corporation,** | : |
| | : |
| Plaintiff, | : |
| vs. | : CA 09-0172-CG-C |
| **JONATHAN BRIAN CHILDERS, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion for default judgment filed by plaintiff American General Insurance Company against defendant Jonathan Brian Childers (Doc. 24) be **GRANTED** and that plaintiff American National General Insurance Company be discharged from further liability under the subject insurance policy by reason of the automobile accident which occurred in Baldwin County, Alabama on January 9, 2009 involving all of the interpleader defendants.

**DONE and ORDERED** this 2nd day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE