IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN NATIONAL GENERAL INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>JONATHAN BRIAN CHILDERS, et al., )<br><br>Defendants. ) | CIVIL ACTION NO. 09-0172-CG-C |

## ORDER

This matter is before the court on plaintiff's motion to amend order of District Judge adopting Report and Recommendation (Doc. 37), the motion of defendants, Shirley Moore, as Executrix of the Estate of Alan W. Moore; Roger Puterbaugh; Thomas W. Journell and James D. Bennet, Jr. to disburse interpleaded proceeds (Doc. 28), plaintiff's objection to the disbursement (Doc. 39), defendant's reply (Doc. 41), and plaintiff's reply (Doc. 42).

After review of the above filings and ALA. CODE § 35-11-372[1], the court finds that complete and proper relief may not be possible in this action without the participation of the hospital lienholders. Therefore, plaintiff's motion to amend (Doc. 37) is **GRANTED** to the extent that the plaintiff will be allowed to amend the complaint to add all known lienholders as additional defendants in this case. The court will refrain from distributing any funds to any defendants until the lienholders have had a chance to answer the complaint and assert their

---

[1] § 35-11-372 provides that "no release or satisfaction of any action, claim, counterclaim, demand, judgment, settlement or settlement agreement, or any of them, shall be valid or effectual as against such lien unless such lienholder shall join therein or execute a release of such lien."

claims, if any, to the interpled funds.  Plaintiff is hereby **ORDERED** to file an amended complaint on or before **January 8, 2010.**

**DONE and ORDERED** this 23rd  day of December, 2009.

                                           /s/   Callie V. S. Granade
                                  CHIEF UNITED STATES DISTRICT JUDGE