# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN NATIONAL GENERAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 09-0172-CG-C ) |
| JONATHAN BRIAN CHILDERS, et al., | ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the plaintiff's request that court find that service has been made on defendant UnitedHealthcare Plan of the Valley, Inc. based upon the stamped "signature" appearing on the Domestic Return Receipt. (Doc. 76).

Upon due consideration, the court finds that the motion is hereby **GRANTED**.

**DONE and ORDERED** this 30th day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE